IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 1:14-cv-24897-JLK

**OWEN HARTY**, Individually,

    Plaintiff,

v.

**THE MARQUEZ FAMILY, INC.,
CASTAN, INC, J & L PROFESSIONAL
ACCOUNTING, INC., &
PARSLEY ENTERPRISES, INC.**

    Defendants.
_____/

### STIPULATION FOR VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, AS TO DEFENDANT, THE MARQUEZ FAMILY, INC.

Plaintiff, Owen Harty, and Defendant, the Marquez Family, Inc., by and through their respective undersigned counsel, and pursuant ro Rule 41(a)(1)(ii), Fed.R. Civ.P., hereby stipulate to the voluntary dismissal of this action against Defendant, The Marquez Family, Inc., without prejudice and without each party bearing their own attorney's fees and costs.

Dated May 12, 2015

| | |
|---|---|
| */s/Philip Michael Cullen, III* | /s/Kevin P. Kelly |
| Fla. Bar No: 167853 | **Kevin P. Kelly, Esq.** |
| Thomas B. Bacon, P.A. | Florida Bar No: 844160 |
| 621 South Federal Hwy, Suite Four | Primary E-Mail Address: |
| Fort Lauderdale, Florida 33301 | Kevin@KellyJuris.com |
| Telephone: (954) 462-0600 | KellyLaw, P.A. |
| Facsimile: (954) 462-1717 | 17 N. Summerlin Avenue, Suite 200 |
| e-mail: cullen@thomasbaconlaw.com | Orlando, Fl 32801 |
| | (407) 545-4386 (phone) |
| Counsel for Plaintiff | |
| | Attorney for Defendant, The Marquez Family, Inc. |