UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-cv-24897-JLK

OWEN HARTY, Individually,

    Plaintiff,

vs.

THE MARQUEZ FAMILY, INC., CASTAN, INC.,
J&L PROFESSIONAL ACCOUNTING, INC., &
PARSLEY ENTERPRISES, INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE
## AS TO DEFENDANT THE MARQUEZ FAMILY, INC.

THIS CAUSE came on for consideration upon the Joint Stipulation for Voluntary Dismissal without Prejudice as to Defendant, The Marquez Family, Inc. (D.E. #35) filed May 13, 2015, in the above-styled case. The court, having considered the record and being fully advised in the premises, it is

ORDERED, ADJUDGED and DECREED that Defendant, The Marquez Family, Inc., be and the same is hereby DISMISSED without prejudice from the above-styled action, based on the Joint Stipulation for Voluntary Dismissal without Prejudice as to Defendant, The Marquez Family, Inc.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 14th day of May, 2015.

                                        JAMES LAWRENCE KING
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record