IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 1:14-cv-24897-JLK

**OWEN HARTY**, Individually,

      Plaintiff,

v.

**THE MARQUEZ FAMILY, INC.,
CASTAN, INC, J & L PROFESSIONAL
ACCOUNTING, INC., &
PARSLEY ENTERPRISES, INC.**

      Defendants.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT WITH J&L PROFESSIONAL ACCOUNTING, INC.**

Plaintiff, Owen Harty, by and through his undersigned counsel, hereby advises the Court that he and Defendant, J&L Professional Accounting, Inc., have arrived at a settlement resolving the claims between them. Plaintiff and J&L Professional Accounting, Inc., request twenty (20) days within which to file the appropriate documentation reflecting their settlement.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on May 15, 2015.

      */s/Philip Michael Cullen, III*
      Philip Michael Cullen, III
      **Thomas B. Bacon, P.A.**
      Attorney for Plaintiffs:
      621 South Federal Highway, Suite Four
      Fort Lauderdale, FL 33301
      ph. (954) 462-0600
      fax (954) 462-1717
      cullen@thomasbaconlaw.com