UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-cv-24897-JLK

OWEN HARTY, Individually,

    Plaintiff,

vs.

CASTAN, INC.,
J&L PROFESSIONAL ACCOUNTING, INC.,
& PARSLEY ENTERPRISES, INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL
## AS TO DEFENDANT J&L PROFESSIONAL ACCOUNTING, INC.

THIS CAUSE came on for consideration upon the Plaintiff's Notice of Settlement with J&L Professional Accounting, Inc. (D.E. #38) filed May 15, 2015, in the above-styled case. The court, having considered the record and being fully advised in the premises, it is

ORDERED, ADJUDGED and DECREED that Defendant, J&L Professional Accounting, Inc., be and the same is hereby DISMISSED from the above-styled action, based on Plaintiff's Notice of Settlement with J&L Professional Accounting, Inc.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 19th day of May, 2015.

                                          JAMES LAWRENCE KING
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record