UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(CASE NO. 1: 14-CV-24897-JLK)

**OWEN HARTY**, Individually,  )
)
    Plaintiff, )
)
v. )
)
**THE MARQUEZ FAMILY, INC.,** )
**CASTAN, INC., J & L PROFESSIONAL** )
**ACCOUNTING, INC., &** )
**PARSLEY ENTERPRISES, INC.** )
)
    Defendants. )
_____)

**STIPULATION FOR VOLUNATRY DISMISSAL, *WITH PREJUDICE*, AS TO CASTAN, INC.**

Plaintiff, Owen Harty, and Defendant, Castan, Inc., by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., hereby stipulate to the Dismissal of this case as to Defendant, Castan, Inc., *with prejudice*.

Dated May 20, 2015.

*/s/ Philip Michael Cullen, III*
Thomas B. Bacon, P.A.
Fla. Bar No: 167853
621 S. Federal Hwy, Ste 4
Fort Lauderdale, Florida 33301
Telephone: (954) 462-0600
E-Mail: cullen@thomasbaconlaw.com
*Counsel for Plaintiff*

/s/ Brett B. Trembly, Esq.
TREMBLY LAW FIRM
Florida Bar No.: 57716
9700 South Dixie Highway, Suite 680
Miami, Florida 33156
Telephone: 305-431-5678
E-Mail: brett@tremblylaw.com
*Counsel for Defendant Castan, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 20, 2015 I electronically filed this Stipulation for Voluntary Dismissal, With Prejudice, as to Castan, Inc., with the Clerk of Court using the

CM/ECF system which will in turn send a notice of electronic filing to: Philip Michael Cullen, III Esq., @ cullen@thomasbaconlaw.com; and Kevin P. Kelly, Esq., at kevin@kellyjuris.com.

                                        **TREMBLY LAW FIRM**
                                        9700 South Dixie Highway, Suite 680
                                        Miami, Florida 33156
                                        Telephone: (305) 431-5678
                                        E-Mail: brett@tremblylaw.com
                                        Secondary E-Mail: service@tremblylaw.com
                                        *Attorneys for Castan, Inc.*

By: _____
                                        **Brett B. Trembly, Esq.**
                                        Florida Bar No. 57716