UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-cv-24897-JLK

OWEN HARTY, Individually,

    Plaintiff,

vs.

CASTAN, INC.,
J&L PROFESSIONAL ACCOUNTING, INC.,
& PARSLEY ENTERPRISES, INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT CASTAN, INC.

THIS CAUSE came on for consideration upon the Stipulation for Voluntary Dismissal with Prejudice as to Defendant Castan, Inc. (D.E. #43) filed May 20, 2015, in the above-styled case. The court, having considered the record and being fully advised in the premises, it is

ORDERED, ADJUDGED and DECREED that Defendant, Castan, Inc., be and the same is hereby DISMISSED WITH PREJUDICE from the above-styled action, based on the Stipulation for Voluntary Dismissal with Prejudice as to Castan, Inc.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 21st day of May, 2015.

                                          JAMES LAWRENCE KING
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record