**UNITED STATED DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
(CASE NO. 1: 14-CV-24897-JLK)

| | |
|---|---|
| **OWEN HARTY**, Individually, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **THE MARQUEZ FAMILY, INC.,** | ) |
| **CASTAN, INC., J & L PROFESSIONAL** | ) |
| **ACCOUNTING, INC., &** | ) |
| **PARSLEY ENTERPRISES, INC.** | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## PLAINTIFF'S NOTICE OF SETTLEMENT WITH PARSLEY ENTERPRISES, INC.

Plaintiff, Owen Harty, by and through his undersigned counsel, hereby advises the Court that he and Defendant, Parsley Enterprises, Inc., have arrived at a settlement resolving the claims between them. Plaintiff and Parsley Enterprises, Inc., request twenty (20) days within which to file the appropriate documentation reflecting their settlement.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on June 8, 2015.

/s/Philip Michael Cullen, III
Philip Michael Cullen, III
Thomas B. Bacon, P.A.
Attorney for Plaintiffs:
621 South Federal Highway, Suite Four Fort Lauderdale, FL 33301
ph. (954) 462-0600
fax (954) 462-1717
Cullen@thomasbaconlaw.com